```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DENISE RHONE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3032 |
| | ) | |
| v. | ) | |
| | ) | |
| GOODYEAR TIRE & RUBBER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to proceed in forma pauperis, filing 3, is granted.

DATED this 1st day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge