```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

DENISE RHONE,                    )
                                 )
            Plaintiff,           )        4:06CV3032
                                 )
     v.                          )
                                 )
GOODYEAR TIRE & RUBBER,          )        ORDER
                                 )
            Defendant.           )
                                 )
```

IT IS ORDERED:

The unopposed oral motion of plaintiff's counsel is granted and the Rule 26 telephone planning conference is continued from today to August 22, 2006 at 10:00 a.m.  Plaintiff's counsel shall place the call.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge